UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| REYNOLDS CONSUMER PRODUCTS INC., <br><br> Plaintiff, <br><br> -v- <br><br> HANDI-FOIL CORPORATION, <br><br> Defendant. | Case No.: 1:13-CV-214 LO/TRJ |

PLAINTIFF'S NOTICE OF MOTION TO EXCLUDE
THE EXPERT REPORT OF DR. RAN KIVETZ

PLEASE TAKE NOTICE that, based on Plaintiff's Motion To Exclude The Expert Report Of Dr. Ran Kivetz dated December 20, 2013, the Memorandum of Law in Support of Plaintiff's Motion To Exclude The Report Of Dr. Ran Kivetz, and the Declaration of Mark N. Mutterperl, dated December 20, 2013, and exhibits attached thereto, Reynolds Consumer Products Inc., ("Reynolds" or "Plaintiff") by and through its attorneys, shall move the Court, on January 10, 2014, before the Honorable Liam O'Grady, at the United States Courthouse, 401 Courthouse Square, Alexandria, Virginia for an order excluding the expert report of Dr. Ran Kivetz.

The parties have met and conferred and have been unable to resolve their dispute with respect to Dr. Ran Kivetz's expert report that is the subject of Reynolds' motion.

#4440577.1

Dated: December 20, 2013

By: /s/ Britt Steckman

Britt Cass Steckman
Virginia State Bar No. 80966
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006
Telephone: (202) 828-5831
Facsimile: (800) 404-3970
E-mail: britt.steckman@bgllp.com

and

Mark N. Mutterperl (*pro hac vice*)
BRACEWELL & GIULIANI LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1100
Telephone: (212) 938-6468
Facsimile: (800) 404-3970
E-mail: mark.mutterperl@bgllp.com

*Attorneys for Plaintiff Reynolds Consumer Products Inc.*

## CERTIFICATE OF SERVICE

*Reynolds Consumer Products, Inc. v. Handi-Foil Corporation,*
Case No. 1:13-CV-214 (Eastern District of Virginia)

The undersigned counsel for plaintiff Reynolds Consumer Products, Inc. hereby certifies that on December 20, 2013, the foregoing document was served on the following via electronic mail pursuant to an agreement between the parties:

| | |
|---|---|
| Brian N. Gross | David Callahan |
| D. Sean Trainor | Ian J. Block |
| Kirkland & Ellis LLP | Robin A. McCue |
| 655 15th Street, NW | Kirkland & Ellis LLP |
| Suite 12 | 300 North LaSalle |
| Washington, D.C. 20005 | Chicago, Illinois 60654 |
| dtrainor@kirkland.com | dcallahan@kirkland.com |
| | ian.block@kirkland.com |
| | rmccue@kirkland.com |

/s/ Mark N. Mutterperl
Mark N. Mutterperl

#4440577.1

3