**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| REYNOLDS CONSUMER PRODUCTS INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    Case No.: 1:13-cv-214 LO/TRJ ) |
| HANDI-FOIL CORPORATION, | ) ) |
| Defendant. | ) ) |

**DEFENDANT HANDI-FOIL CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Handi-Foil Corporation ("Handi-Foil"), by its undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, moves this Court for entry of partial summary judgment. Specifically, Handi-Foil requests that this Court enter judgment as a matter of law: (1) granting Handi-Foil's counterclaim for cancellation of Plaintiff Reynolds Consumer Products Inc.'s ("Reynolds") two asserted federal trademark registrations on the ground that Reynolds has abandoned the marks depicted in those registrations (Counterclaim Count 1); (2) if this Court grants Handi-Foil's counterclaim for cancellation, denying Reynolds' claim for infringement of registered marks (Count 1), as the registrations Reynolds asserts to support its claim will have been cancelled; and (3) denying Reynolds' false advertising claim (Count 8) on various grounds, including that Reynolds has not proven that the majority of the accused statements are actionable advertisements or that the remaining claims are false or misleading.

*First*, as a matter of law, Reynolds has abandoned the trademark registrations it seeks to enforce against Handi-Foil. Because the asserted registrations are design marks, the design of

the package that Reynolds actually uses must be "*substantially exact*" as compared to the drawings that are the subject of the registrations. Reynolds, however, concedes that it has not used the package depicted in the asserted registrations for ten years and has no intention of reviving that use. As a matter of law, Reynolds has abandoned its registrations, rendering them invalid and ripe for cancellation.

*Second*, Reynolds' last minute false advertising claim against Handi-Foil is based on eleven statements that Reynolds claims are false. The majority of the accused statements are not "advertisements" but rather are one-on-one communications that cannot, as a matter of law, give rise to a claim for false advertising. And for those few statements that may actually qualify as advertisement, Reynolds cannot prove that the statements are either literally false or misleading, nor can it establish that the statements are material to consumers' purchasing decisions. Accordingly, Handi-Foil is entitled to summary judgment on Reynolds' false advertising claim as a matter of law.

Handi-Foil's undersigned counsel certifies that, pursuant to Local Rule 7(E), counsel has conferred in good faith with counsel for Reynolds in an effort to narrow the area of disagreement relating to the issues Handi-Foil raises in this Motion.

WHEREFORE, and for the reasons set forth in detail in the accompanying Brief, Handi-Foil respectfully requests that this Court enter summary judgment granting Handi-Foil's counterclaim for cancellation (Counterclaim Count 1) and denying Reynolds' claims for infringement of registered trademarks (Count 1) and false advertising (Count 8).

Dated: December 20, 2013　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Brian N. Gross*
　　　　　　　　　　　　　　　　　　　　D. Sean Trainor (Va. Bar No. 43260)
　　　　　　　　　　　　　　　　　　　　dtrainor@kirkland.com
　　　　　　　　　　　　　　　　　　　　Brian N. Gross (Va. Bar No. 76795)
　　　　　　　　　　　　　　　　　　　　brian.gross@kirkland.com
　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　655 Fifteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 879-5000
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 879-5200

　　　　　　　　　　　　　　　　　　　　David K. Callahan, P.C. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　dcallahan@kirkland.com
　　　　　　　　　　　　　　　　　　　　Robin A. McCue (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　rmccue@kirkland.com
　　　　　　　　　　　　　　　　　　　　Jordan M. Heinz (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　jordan.heinz@kirkland.com
　　　　　　　　　　　　　　　　　　　　Ian J. Block (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　ian.block@kirkland.com
　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 862-2000
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 862-2200

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　*Handi-Foil Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2013, pursuant to the Court's approval and the parties' agreement, I served the foregoing document via e-mail to the following:

Britt Cass Steckman (Va. Bar No. 80966)
britt.steckman@bgllp.com
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 828-5831

Mark N. Mutterperl
mark.mutterperl@bgllp.com
Jessica S. Parise
jessica.parise@bgllp.com
BRACEWELL & GIULIANI LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
Telephone: (212) 638-6468

*/s/ Ian J. Block*
Ian J. Block (admitted *pro hac vice*)
ian.block@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200