DATE: 01/10/14     JUDGE: O'GRADY
                   REPORTER: N. Linnell

START: 2:45
FINISH: 3:46

CIVIL ACTION NUMBER: 1:13cv214

REYNOLDS CONSUMER PRODUCTS INC.

V.

HANDI-FOIL CORPORATION

Appearances of counsel for (X) Plaintiff and ( X ) Defendant

Defendant's [95] Motion to Strike Reynolds' Jury Demand -

Plaintiff's [97] Motion to Exclude the Expert Report of Dr. Ran Kivetz -

Defendant's [100] Motion for Partial Summary Judgment -

Defendant's [104] Motion to Exclude any Testimony, Argument, or Evidence Regarding the Survey, expert Report, and Opinions of Sarah Butler -

Plaintiff's [107] Motion for Partial Summary Judgment -

Motions argued and taken under advisement – Order to follow.