# CIVIL JURY TRIAL PROCEEDINGS
## (Day 4)

Date: __March 27, 2014__  Case No: __1:13cv00214__   Trial Commenced: __9:06 – 10:42__
                                                                      __11:02 – 12:54__
Before the Honorable: __Liam O'Grady__  Lunch Recess: __12:54 – 2:10__
                                                        __2:10 – 4:10__
                                                        __4:24 – 5:05__
Court Reporter: __A. Thomson__   Jury Excused: __5:02__
               __N. Linnell__    Case Concluded: __5:05__
                                 Time in Court: __6 Hours, 9 minutes__

Courtroom Deputy: __D. Perkins__

| PARTIES | COUNSEL |
|---|---|
| REYNOLDS CONSUMER PRODUCTS INC. | John G. Froemming |
|  | Jessica Desiree Bradley |
| vs. |  |
| HANDI-FOIL CORPORATION | David Callahan |
|  | Robin A. McCue |

THIS CASE CAME ON FOR FURTHER TRIAL BY JURY. APPEARANCES: PARTIES AND COUNSEL AS PREVIOUS.

Defendant continued to adduce evidence and rested  [X]

Out of presence of jury, defendant's motion for Judgment as a Matter of Law (JMOL) was renewed and denied as previous.

Instruction conference held.

Jury appeared as previous.

Closing arguments [X]    Jury charged [X]

Jury excused to return on 03/28/14 at 9:00 a.m. to begin their deliberations.

Court adjourned.