IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



REYNOLDS CONSUMER PRODUCTS INC.,

                   Plaintiff,

v.

HANDI-FOIL CORPORATION,

                   Defendant.

Civil Action No.: 1:13-CV-214 LO/TRJ

## VERDICT FORM

We the jury in the above-entitled action, answer the questions submitted to us as follows.

## FEDERAL TRADEMARK/ TRADE DRESS INFRINGEMENT OF REGISTERED "REYNOLDS WRAP PACKAGE DESIGN"

**Question 1.** **Infringement:**

Did Reynolds prove that Handi-Foil infringed Plaintiff's registered trademark 1,070,888 or 1,067,092?



*Answer:*     Yes_____     No__X__

*Answer:*     Yes_____     No__X__

*Answer:*     Yes_____     No__X__

*Answer:*     Yes_____     No__X__

# FEDERAL TRADE DRESS INFRINGEMENT OF UNREGISTERED "REYNOLDS WRAP PACKAGE DESIGN"

**Question 2.**     **Infringement:**

Did Reynolds prove that Handi-Foil infringed the trade dress of Reynolds' common-law package design?



Answer:     Yes __✗__     No _____

Answer:     Yes __✗__     No _____

Answer:     Yes __✗__     No _____

Answer:     Yes __✗__     No _____

### FEDERAL FALSE DESIGNATION OF ORIGIN

**Question 3.**     **False Designation:**

Did Reynolds prove that Handi-Foil competed unfairly through, or is liable for, false designation of the origin of its products?

Yes _____          No __X__

# FEDERAL TRADEMARK DILUTION OF
# "REYNOLDS WRAP PACKAGE DESIGN"

**Question 4.**     **Dilution:**

Did Reynolds prove that Handi-Foil diluted Plaintiff's registered trademark 1,070,888, or 1,067,092, or Plaintiff's common-law package design?



Answer:     Yes_____     No___X___

Answer:     Yes_____     No___X___

Answer:     Yes_____     No___X___

Answer:     Yes_____     No___X___

5

## STATE LAW TRADEMARK/TRADE DRESS INFRINGEMENT

**Question 5.**     **Infringement:**

Did Reynolds prove that Handi-Foil infringed Plaintiff's trademark or trade dress under Virginia Law?



*Answer:*     Yes_____     No__X__



*Answer:*     Yes_____     No__X__



*Answer:*     Yes_____     No__X__



*Answer:*     Yes_____     No__X__

6

## STATE COMMON LAW UNFAIR COMPETITION

**Question 6.**     **Unfair Competition:**

Did Reynolds prove that Handi-Foil is liable under common law unfair competition?

Yes_____          No__X__

## FEDERAL FALSE ADVERTISING

**Question 7.**     **False Advertising:**

Did Reynolds prove that Handi-Foil is liable for false advertising?

Yes_____          No__X__

## WILLFULNESS

**Question 8.**     **Willfulness:**

Did Reynolds prove that Handi-Foil's alleged violations were willful?

(a)     Federal Trademark/Trade Dress Infringement of Registered "Reynolds Wrap Package Design" (Question 1)

Yes_____     No__X__

(b)     Federal Trade Dress Infringement Of Unregistered "Reynolds Wrap Package Design" (Question 2)

Yes__X__     No_____

(c)     Federal False Designation of Origin (Question 3)

Yes_____     No__X__

(d)     Federal Trademark Dilution of "Reynolds Wrap Package Design" (Question 4)

Yes_____    No__X__

(e)     State Law Trademark/ Trade Dress Infringement (Question 5)

Yes_____    No__X__

(f)     State Common Law Unfair Competition (Question 6)

Yes_____    No__X__

(h)     Federal False Advertising (Question 7)

Yes_____    No__X__

If you answered yes to any of Questions 1, 2, 3, 5, 6, or 7; or

If you answered yes to Questions 4 and 8(d),

Then answer question 9.

## DAMAGES

**Question 9.**     **Defendant's Profits:**

(a) Did Reynolds prove that Handi-Foil earned profits on products that infringed the Reynolds Wrap Package Design?

Yes_____                No__X__

(b) What is the amount of those profits? (Answer this sub-question only if your answer to Question 9(a) was "yes")

Amount: $_____

8

Please date and sign this form after you have answered each question completely. Please contact the Bailiff and inform him that you have completed your deliberations. Thank you.

Dated: __3-28-2014__  By: _____
                                                                         Jury Foreperson