FILED: October 8, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1849 (L)
(1:13-cv-00214-LO-TCB)

_____

REYNOLDS CONSUMER PRODUCTS LLC, f/k/a Reynolds Consumer Products, Inc.

  Plaintiff - Appellee

v.

HANDI-FOIL CORPORATION

  Defendant - Appellant

_____

No. 14-1850
(1:13-cv-00214-LO-TCB)

_____

REYNOLDS CONSUMER PRODUCTS LLC, f/k/a Reynolds Consumer Products, Inc.

  Plaintiff - Appellant

v.

HANDI-FOIL CORPORATION

  Defendant – Appellee

_____

No. 14-2075
(1:13-cv-00214-LO-TCB)
_____

REYNOLDS CONSUMER PRODUCTS LLC, f/k/a Reynolds Consumer Products, Inc.

    Plaintiff - Appellee

v.

HANDI-FOIL CORPORATION

    Defendant - Appellant

_____

O R D E R
_____

The court consolidates Case No. 14-1849(L) and Case Nos. 14-1850 and 14-2075. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk